# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

WADE ANTHONY HATCH, II

NO. 2025 KW 0522

**JUNE 4, 2025**

---

In Re:   On motion of Wade Anthony Hatch, II, to stay proceedings, 32nd Judicial District Court, Parish of Terrebonne, No. 795817.

---

**BEFORE:   McCLENDON, C.J., GREENE AND STROMBERG, JJ.**

**STAY GRANTED.** The trial in this case is stayed until 12:00 p.m. on June 5, 2025, to allow the defendant to file a writ application and the state to file a response.

**PMc**
**HG**
**TPS**

COURT OF APPEAL, FIRST CIRCUIT

<u>~~Pamela L Reed~~</u>
DEPUTY CLERK OF COURT
FOR THE COUR